■      THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS CHICHESTER, Appellant, v. ERNEST L. MONTANYE, as Superintendent of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed as moot. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Wyoming County Court, directing that relator receive full credit on his maximum sentence.) Present — Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ.